**FILED**

**DEC 14 2021**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 21-30193-DWD |
| ) | |
| TIMOTHY L. WILLIAMS, Jr., ) | Title 18 United States Code Section 924(c), |
| ) | Title 21 United States Code Sections |
| ) | 841(a)(1) and 841(b)(1)(C). |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
**Discharge of a Firearm During and in relation to a Drug Trafficking Crime**

On or about August 9, 2021, in Madison County, within the Southern District of Illinois,

**TIMOTHY L. WILLIAMS, Jr.,**

defendant herein, did knowingly discharge, carry, and use a firearm, that is one black Smith & Wesson Shield EZ .380 caliber pistol with serial number RDD4334, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is Possession with Intent to Distribute Methamphetamine a Schedule II controlled substance; in violation of Title 18 United States Code Section 924(c)(1)(A)(iii).

### COUNT 2
**Possession with Intent to Distribute a Controlled Substance: Methamphetamine**

On or about August 9, 2021, in Madison County, within the Southern District of Illinois,

**TIMOTHY L. WILLIAMS, Jr.,**

Defendant herein, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## FIREARM FORFEITURE ALLEGATION

1. The allegations contained above are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the above offense or offenses in violation of Title 18, United States Code, Section 924(c), the defendant,

**TIMOTHY L. WILLIAMS, Jr.,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the knowing commission of the offense, including, but not limited to: one Smith & Wesson M&P 15 5.56 caliber AR Pistol (S/N TS95136) with loaded high capacity drum magazine containing approximately 42 live 5.56 Caliber Cartridges and one live cartridge loaded in the chamber and one Smith & Wesson Shield EZ .380 Caliber (S/N RDD4334) and all ammunition contained therein.

**TRUE BILL**

[signature]

███████████████████

JENNIFER HUDSON
Assistant United States Attorney

[signature] for

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention