IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 21CR30193-DWD |
| | ) | |
| TIMOTHY L. WILLIAMS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

Comes now, Rachelle Aud Crowe, United States Attorney for the Southern District of Illinois, and Jennifer Hudson, Assistant United States Attorney, together with the Defendant, Timothy L. Williams, Jr., and his attorney, Ethan Skaggs, and hereby enter into the following Stipulation of Facts consistent with Section 1B1.3 of the United States Sentencing Guidelines pertaining to the Defendant's relevant conduct.

1. On August 9, 2021 at approximately 1523 hours, Granite City Police responded to a 911 call from a city employee who was following two vehicles in the area of Route 3 near I-270, within the Southern District of Illinois. The employee reported following a black Chrysler 200 (MO Registration D8588-CA) as the driver of the black Chrysler 200 fired gun shots at a second vehicle.

2. Ultimately, law enforcement pursued the black Chrysler which crashed. The driver, TIMOTHY L. WILLIAMS, JR., fled from the black Chrysler and was arrested in a nearby drainage ditch.

3. The black Chrysler belonged to Kenya D. S. Grant. Ms. Grant sat in the passenger's seat and remained in the vehicle after it crashed. Law enforcement immediately observed a black AR Pistol with a high-capacity drum magazine sitting on the front

1

passenger floorboard, two clear plastic baggies containing numerous pink/white and red/white pill capsules and, in the second bag, a white crystalline substance.

4. Law enforcement searched the vehicle and located: numerous multicolored pill capsules that contained Fentanyl, several individual bags containing Cocaine Base, and one Black Smith & Wesson M&P 15 5.56 caliber AR Pistol (S/N TS95136) with loaded high capacity drum magazine (containing approximately 42 live – 5.56 Caliber Cartridges and one live cartridge loaded in the chamber), a Pink and black Ruger LC9 (S/N 326-23785) loaded with (1) live 9mm cartridge in the chamber and 7 live 9mm cartridges in the magazine, $2,319 US Currency, (24) Suspected Counterfeit $20 Bills (Same S/N of MG79106708G), marijuana, one stolen Black Smith & Wesson Shield EZ .380 Caliber (S/N RDD4334) loaded with one live .380 cartridge in the chamber and 3 in the magazine.

5. Law enforcement located and tested a variety of narcotics located within the vehicle. They found:

    - a bag of Methamphetamine that weighed approximately 41 grams,
    - a bag containing unknown pink/white (red/white) capsules that weighed approximately 15.3 grams,
    - a bag containing unknown green/white capsules that weighed approximately 12.75 grams,
    - a bag of crack cocaine that weighed approximately 8 grams,
    - Alprazolam pills that weighed approximately 2.05 grams, and
    - Fentanyl powder that weighed approximately 1.82 grams.

6. Both TIMOTHY L. WILLIAMS and Kenya D. S. Grant were given *Miranda* Warnings which they waived. WILLIAMS discussed the reasons surrounding the observed shooting. WILLIAMS admitted to law enforcement that during a drug deal, the buyer

2

gave him fake money. WILLIAMS admitted that part of their "deal" included supplying WILLIAMS with counterfeit United States Currency, but the buyer provided WILLIAMS with very poor-quality counterfeit currency. WILLIAMS was unhappy with the deal and pursued the buyers. Ultimately, WILLIAMS admitted he fired 5 shots with the black Smith and Wesson Shield EZ .380 caliber pistol. WILLIAMS denied firing the pink and black Ruger LC9 that belonged to Grant.

7. WILLIAMS admitted his role "middle manning" the deal that involved Xanax.

8. WILLIAMS admitted that he possessed about an ounce and a half of methamphetamine in his pocket. WILLIAMS stated he was trying to get some extra money because he was taking out Grant for her birthday.

**SO STIPULATED.**

_____
Timothy L. Williams, Jr.
Defendant

_____
Jennifer Hudson
Assistant United States Attorney

_____
Ethan Skaggs
Attorney for Defendant

Date: 11/28/22

Date: 12/2/2022