IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 21-CR-30193-DWD |
| | ) | |
| TIMOTHY L. WILLIAMS, JR, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On April 18, 2023, this Court entered order of forfeiture (Doc.43) against defendant Timothy L. Williams, Jr for the following property which had been seized from the defendant:

> **One Smith & Wesson M&P 15 5.56 caliber AR pistol, bearing serial number TS95136, with loaded high capacity drum magazine containing approximately 42 live 5.56 caliber cartridges, and one live cartridge loaded in the chamber; One Smith & Wesson Shield EZ .380 caliber, bearing serial number RDD4334; and any and all ammunition contained therein.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. ' 853(n)(1).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning November 16, 2023, and ending December 15, 2023, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. ' 853(n)(7), that

1

no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the order of forfeiture (Doc.43) filed on April 18, 2023, namely:

> **One Smith & Wesson M&P 15 5.56 caliber AR pistol, bearing serial number TS95136, with loaded high capacity drum magazine containing approximately 42 live 5.56 caliber cartridges, and one live cartridge loaded in the chamber; One Smith & Wesson Shield EZ .380 caliber, bearing serial number RDD4334; and any and all ammunition contained therein.**

The United States Marshal or the custodian for the Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

**DATE: February 20, 2024**

*s/ David W. Dugan*
**DAVID W. DUGAN**
**United States District Court Judge**
